**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

MARIE W. SMITH                                                        PLAINTIFF

vs.                                          CIVIL ACTION NO. 3:14-CV-559 HTW-LRA

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY                                                            DEFENDANT


**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter comes on pursuant to the Report and Recommendation of United

States Magistrate Judge Linda R. Anderson.  Plaintiff filed no objection to the proposed

findings and recommendation.  Based upon the evidence therein contained, this court

hereby adopts the Report and Recommendation of the United States Magistrate Judge

as the order of this court and the court hereby denies the plaintiff's motion to proceed *in*

*forma pauperis.*

　　　**SO ORDERED AND ADJUDGED, this the 29th day of August, 2014.**


　　　　　　　　　　　　　　　　　s/ HENRY T. WINGATE　　　　　　　
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE