**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

MARIE WILLIAMS SMITH                                                      PLAINTIFF

vs.                                                  CIVIL ACTION NO. 3:14-CV-559 HTW-LRA

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY                    DEFENDANT


**ORDER ADOPTING REPORT AND RECOMMENDATION**

      This matter comes on pursuant to the Report and Recommendation of United

States Magistrate Judge Linda R. Anderson and the plaintiff's written objection [docket

no. 18] to the proposed findings and recommendation.  Based upon the evidence

therein contained, this court, having given full consideration to the aforesaid objection,

finds the same not well taken.  Therefore, the Report and Recommendation of the

United States Magistrate Judge [docket no.17] is hereby adopted as the order of this

court and defendant's Motion to Affirm the Commissioner's Decision [docket no.14] is

granted.  Plaintiff's appeal is dismissed with prejudice.

      **SO ORDERED AND ADJUDGED, this the 26th day of February, 2016.**


                                 s/ HENRY T. WINGATE              
                                 UNITED STATES DISTRICT JUDGE